*Beatrice Shainswit* and *Walter S. Fried* for appellant.

*Carmelo A. Parlato* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

LUCY COCCARO, Respondent, *v.* ANTHONY COCCARO, Appellant.

Argued November 29, 1954; decided December 31, 1954.

*Kermit Gitenstein* for appellant.
*Samuel Korb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.